RECEIVED

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 22 PM 2:25
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  LEWIS   REGINALD   T.
      (Last)  (First)    (Initial)

Prisoner Number  P95159

Institutional Address  SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

(PR)
SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3504

REGINALD T. LEWIS
(Enter the full name of plaintiff in this action.)

vs.

CALIFORNIA DEPT.
OF CORRECTION
_____
_____
(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  SAN QUENTIN

B.   Is there a grievance procedure in this institution?
     YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal **THE APPEALS COORDINATORS HAVE FAILED TO RESPOND.**

2. First formal level **NO RESPONSE**

3. Second formal level **STILL NO RESPONSE**

4. Third formal level **STILL NO RESPONSE**

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**REGINALD LEWIS, P95159, SAN QUENTIN STATE PRISON, SAN QUENTIN, CA 94964**

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                    - 2 -

1      place of employment.

2

3

4

5

6                                    III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

12 THE DEPT. OF CORRECTION IS RESPONSIBLE
13 FOR MULTIPLE FALSE ARRESTS AND FALSE
14 PAROLE VIOLATIONS AGAINST THE PLAINTIFF.
15     (SEE PLAINTIFF'S PAROLE FILE)
16 THE DEPT. OF CORRECTION HAS BEEN
17 CREATING A FALSE AND ILLEGAL
18 PROFILE AGAINST THE PLAINTIFF.
19     (SEE PLAINTIFF'S PAROLE FILE)
20 THE DEPT. OF CORRECTION IS RESPONSIBLE
21 FOR THE VIOLATION OF THE PLAINTIFF'S
22 DUE PROCESS OF PAROLE REVOCATION
23 HEARINGS. (SEE PLAINTIFF'S PAROLE FILE)

24

25 IV.   Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 PLAINTIFF PRAYS FOR THE COURT TO:

COMPLAINT                 - 3 -

1. ORDER AN IMMEDIATE PAROLE DISCHARGE FOR THE PLAINTIFF.
2. ORDER THE DEPT. OF CORRECTION TO THE PLAINTIFF 9 MILLION DOLLARS IN MONETARY DAMAGES: ($9,000,000.00)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12TH day of JULY, 20 08

_____
(Plaintiff's signature)

COMPLAINT                                  - 4 -



REGINALD LEWIS
P95159
SAN QUENTIN, CA
94964

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES